**LEVI & KORSINSKY LLP**
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (202) 333-2121
Email: amccall@zlk.com

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff Li Jin*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI JIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    PLAINTIFF,<br><br>V.<br><br>REGULUS THERAPEUTICS INC., JOSEPH P. HAGAN, PAUL C. GRINT, AND TIMOTHY WRIGHT,<br><br>                    DEFENDANTS. | Case No. 3:17-cv-267-LAB-JMA<br><br>Hon. Larry Alan Burns<br><br>**NOTICE OF RELATED CASES** |
| BARAN POLAT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    PLAINTIFF,<br><br>V.<br><br>REGULUS THERAPEUTICS INC., PAUL C. GRINT, AND JOSEPH P. HAGAN,<br><br>                    DEFENDANTS. | Case No. 3:17-cv-00182-BTM-RBB<br><br>Hon. Barry Ted Moskowitz<br><br>**NOTICE OF RELATED CASES** |

- 1 -

ADMINISTRATIVE MOTION OF LI JIN TO CONSIDER WHETHER CASES SHOULD BE RELATED

Plaintiff Li Jin hereby files this Administrative Motion pursuant to Local Rule 40.1(f) of the United States District Court for the Southern District of California. The potential related cases are as follows:

- *Baran Polat v. Regulus Therapeutics, Inc.*, et al., Case No 3:17-cv-00182-BTM-RBB (January 31, 2017)

The above referenced actions are class action complaints for violations of the federal securities laws and concern the same parties and transactions and include the same class period. Additionally, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Mr. Lin concedes that his case against Regulus Therapeutics, Inc. appears to be "related" to Mr. Polat's litigation under the plain language of Local Rule 40.1(g). Accordingly, Mr. Lin requests that his case be assigned to Judge Moskowitz as a "related case."

Dated: February 13, 2017                    **LEVI & KORSINSKY LLP**

By:    /s Adam C. McCall
Adam C. McCall (302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone:  213/985-7290
Facsimile:   202/333-2121

-and-

Nicholas I. Porritt (*to be admitted pro hac*)
Adam M. Apton (*to be admitted pro hac*)
1101 30th Street NW, Suite 115
Washington, D.C., 20001
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
Email: nporritt@zlk.com

*Attorneys for Plaintiff Li Jin*

ADMINISTRATIVE MOTION OF LI JIN TO CONSIDER WHETHER CASES SHOULD BE RELATED

## CERTIFICATE OF SERVICE

I, Adam C. McCall, hereby declare under penalty of perjury as follows:

On February 13, 2017, I electronically filed the **NOTICE OF RELATED CASES** with the Clerk of the Court using the CM/ECF system. Additionally, pursuant to Local Rule 40.1(f) a copy of the **NOTICE OF RELATED CASES** was sent via mail to the parties of the related action at the address below.

Jennifer Pafiti
LEAD ATTORNEY
Pomerantz LLP
468 North Camden Drive
Beverly Hills, CA  90210
USA
818-532-6499
Email:Jpafiti@pomlaw.Com

Executed on February 13, 2016.

/s/ Adam C. McCall

Adam C. McCall

ADMINISTRATIVE MOTION OF LI JIN TO CONSIDER WHETHER CASES SHOULD BE RELATED