UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI JINN, *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>REGULUS THERAPEUTICS INC., *et al*,<br><br>Defendants. | Case No.: 3:17-cv-0267-BTM-RBB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On December 29, 2020, the Court issued its final judgment approving the parties' settlement in the related case. (*In re Regulus Therapeutics Inc. Securities Litigation*, Case No. 3:17-cv-00182-BTM-RBB, ECF No. 56 (the "Judgment").) The Court therefore dismisses this case with prejudice and retains jurisdiction as set forth in paragraph 13 of the Judgment.

**IT IS SO ORDERED.**

Dated: December 30, 2020

_____
Honorable Barry Ted Moskowitz
United States District Judge